No. 270, Misc.  GHASKIN *v.* UNITED STATES ET AL. United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Tyler* and *Harold H. Greene* for the United States.

No. 307, Misc.  STEWART *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 328, Misc.  CAVERS *v.* SOUTH CAROLINA.  Supreme Court of South Carolina.  Certiorari denied.  *Matthew J. Perry* and *Jawn A. Sandifer* for petitioner.

No. 330, Misc.  STRUNK ET AL. *v.* BOMAR, WARDEN. C. A. 6th Cir.  Certiorari denied.  Petitioners *pro se. George F. McCanless,* Attorney General of Tennessee, and *Henry C. Foutch,* Assistant Attorney General, for respondent.

No. 332, Misc.  LEE *v.* WIMAN, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.  *Eberhard P. Deutsch, Ralph L. Kaskell, Jr.* and *René H. Himel, Jr.* for petitioner. *MacDonald Gallion,* Attorney General of Alabama, and *George D. Mentz,* Assistant Attorney General, for respondents.

No. 339, Misc.  JOHNSON *v.* NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.

No. 349, Misc.  WILLIAMS *v.* CALIFORNIA ET AL.  Supreme Court of California.  Certiorari denied.

No. 350, Misc.  SOUDANI *v.* PENNSYLVANIA.  Supreme Court of Pennsylvania.  Certiorari denied.